No. 761

NAT. LIBERTY INS. CO. v. STURTEVANT-JONES CO.

No. 19946. Supreme Court.

On motion to certify. Dock. July 1, 1926; 4 Abs. 475.

**123. BAILMENTS**—Where, pursuant to a bailment contract between the owner of an automobile and a garage company, an employee of the garage while driving the car to the garage uses it for his own purpose without the consent of the employer and while so using it the car is destroyed by fire, may the owner recover from the employer?

This action was brought originally in the Lucas Common Pleas by the owner of an automobile for damages for breach of an alleged bailment contract.

(Continued on next page)

PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Saturday                50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00
Single Numbers .......................... .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date.

NEW RULE, effective July 1, 1926—All delinquents for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ......................... $7.50

Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered and paid for together, net......................$18.00

June Semi annual Digest, Free to all paid Abstract Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary)
1926, net .................................. $3.00

To non subscribers to Abstract, net.............. $5.00

### THE LAW ABSTRACT COMPANY

Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.

Address all mail communications to
P. O. Box 2455, Cleveland

---

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

---

It appears that the Sturtevant-Jones Company had agreed with said owner to drive the automobile in question from Findlay to Toledo and make some repairs thereon. The agent driving the car appropriated it to his own use while in Toledo and said car was burned at this time. The judgment of the Common Pleas in favor of the bailee was affirmed by the Court of Appeals.

The plaintiff herein in the Supreme Court contends:

(1). That the Sturtevant-Jones Company was liable for the damage.

(2). That the court erred in its charge to the jury in stating the defense to be a lawful excuse, i. e. that the employee was not within the scope of his employment when the car was burned.

Attorneys: Doyle & Lewis, Toledo, and Mooney, Bibbee & Edmonds, Columbus, for Insurance Co.; Kirkbric, McCabe & Boesel, Toledo, for Sturtevant-Jones Co.

---

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Fostoria (City) v. Elder ...................... 20074
Guardian Sav. & Tr. v. Templar Motors Co...... 20076
C. A. King Co. v. Horton ..................... 20078
State v. Cook, In Re. ......................... 20079
State ex Woodmen Acc. Co. v. Conn............ 20077
State ex Mutual Benefit Assn. v. Conn.......... 20080
State ex Reiterman v. Tracy et ............... 20075

### AUGUST 27, 1926